WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER CUEVAS, <br><br> Plaintiff, <br><br> vs. <br><br> GILBANE INC and GILBANE BUILDING CO., <br><br> Defendants. | Civil Action No. 08-cv-02920 (MLC)(JJH) <br><br> **CONSENT ORDER DISMISSING COMPLAINT AND RETAINING JURISDICTION TO ENFORCE TERMS OF SETTLEMENT** <br><br> RECEIVED <br><br> SEP 0 9 2009 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

THIS MATTER having come before the Court on the joint application of Karpf, Karpf & Virant, P.C., counsel for plaintiff, and Wolff & Samson PC, counsel for defendant, seeking entry of an order dismissing the Complaint, with prejudice and without costs, and the Court having considered the within application, and for good cause shown;

IT IS on this 9th day of September, 2009,

**ORDERED** that the Court shall retain jurisdiction over this matter for purposes of enforcing the terms of the Confidential Settlement Agreement, if necessary; and

**IT IS FURTHER ORDERED** that the Complaint be and hereby is dismissed with prejudice and without costs.

SO ORDERED:

_____
HONORABLE DOUGLAS E. ARPERT, U.S.M.J.
Mary L. Cooper, USDJ

1182570.1

The undersigned consent to the form and substance of this Consent Order:

**KARPF, KARPF & VIRANT, P.C.**
Attorneys for Plaintiff

By: _____
    Justin L. Swidler, Esq.

Dated: September 1, 2009


**WOLFF & SAMSON PC**
Attorneys for Defendant

By: _____
    Catherine P. Wells, Esq.

Dated: September 8, 2009

2

1182570.1